DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILTON WEST II, LLC,**
Appellant,

v.

**1017 NW 30TH COURT, LLC,**
Appellee.

No. 4D2024-2112

[December 31, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE22000876.

Stephen J. Simmons and Seth Andrew Kupilik of Mombach, Boyle, Hardin & Simmons, P.A., Fort Lauderdale, for appellant.

Erin P. Newell of Open Book Appeals, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***